POOL, Respondent, vs. LANCASHIRE INSURANCE COMPANY, Appellant.

*November 13 — November. 26, 1895.*

*Pool v. Milwaukee Mechanics' Ins. Co., ante,* p. 530, followed.

APPEAL from a judgment of the circuit court for Ashland county: JOHN K. PARISH, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Mylrea, Marchetti & Bird,* and oral argument by *W. H. Mylrea.*

*W. L. Windom* and *Gabe Bouck,* for the respondent.

CASSODAY, C. J.   This case is substantially the same as *Pool v. Milwaukee Mechanics' Ins. Co., ante,* p. 530, except that the policy is only for $1,000, and the defense of co-insurance is not made.   For the reasons given in the opinion filed in that case, the judgment of the circuit court is reversed, and the cause is remanded for a new trial.

For the appellant there was a brief by *Mylrea, Marchetti & Bird,* and oral argument by *W. H. Mylrea.*

*W. L. Windom* and *Gabe Bouck,* for the respondent.

